UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARION ORR,

    Plaintiff,

v.                                            Case No. 3:21-cv-553-BJD-MCR

SOUTHEASTERN GROCERS,
INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court after review of Defendant's Notice of Removal and Unopposed Motion for Transfer of Venue (Doc. 1). Defendant represents, without opposition, that events at the heart of this action occurred in the Tampa Division. Id. ¶ 7. Plaintiff and the witnesses that are central to this case are also located in the Tampa Division. Id. ¶ 8. Local Rule 1.04(b) requires transfer of an action to the division that is most directly connected to a cause of action.

Accordingly, after due consideration, it is

**ORDERED:**

1. Defendant's Notice of Removal and Unopposed Motion for Transfer of Venue (Doc. 1) is **GRANTED**.

2. The Clerk of the Court shall **TRANSFER** this case to the Tampa Division of the Middle District of Florida, United States District Court. Following transfer of this case, the Clerk of the Court shall close the Jacksonville file and terminate all pending motions.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of August, 2021.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record